ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 28 AM 10: 06

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHRISTOPHER HUGH LUCAS, | ) |
| Plaintiff, | ) |
| v. | ) CV 104-081 |
| GEORGIA CORRECTIONAL HEALTH CARE, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, a **FINAL JUDGMENT** shall be entered in favor of Defendants, and this case is **CLOSED**.

SO ORDERED this 28th day of March, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE